UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: §
 §
VLASKO, YELENA § Case No. 10-32269
 §
   Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 08/01/2014 in Courtroom ,
North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____
                                    Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
VLASKO, YELENA § Case No. 10-32269
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,000.00 |
| and approved disbursements of | $ | 603.08 |
| leaving a balance on hand of[1] | $ | 7,396.92 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 39.30 | $ 0.00 | $ 39.30 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 3,526.75 | $ 0.00 | $ 3,526.75 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 11.59 | $ 11.59 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,116.05 |
| Remaining Balance | | $ | 2,280.87 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,581.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 10,983.18 | $ 0.00 | $ 632.91 |
| 000002 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 17,593.21 | $ 0.00 | $ 1,013.81 |
| 000003 | US BANK NA BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201 | $ 11,004.88 | $ 0.00 | $ 634.15 |

| | | |
|---|---|---:|
| Total to be paid to timely general unsecured creditors | $ | 2,280.87 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Yelena Vlasko  
    Debtor

Case No. 10-32269-ABG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: mhenley    Page 1 of 2    Date Rcvd: Jul 07, 2014  
                  Form ID: pdf006    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2014.

```
db         +Yelena Vlasko,    435 Elm Street, Unit #4I,    Deerfield, IL 60015-5814
aty        +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
15875789    American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
18548123    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15875790    Bloomingdale's,    P.O Box 183083,    Columbus, OH 43218-3083
15875791    CHASE,    P.O.Box 15548,    Willmington, DE 19886-5548
15875792    CHASE,    P.O.Box 15548,    Wilmington, DE 19886-5548
15875793   +Citi Cards,    Processing Center,    Des Moines, IA 50363-0001
16534477    Deerfield Crossing Condo Association,    c/o Vanguard Management Corp,    P O Box 61955,
             Phoenix, AZ 85082-1955
15875794    HSBC Mortgage Corporation,    P. O. Box 9068,    Brandon, FL 33509-9068
15875796   #+Nationwide Credit, Inc.,    1150 East University Drive, 1st Floor,    Tempe, AZ 85281-8674
15875797    Neiman Marcus,    P.O Box 5235,    Carol Stream, IL 60197-5235
18582775   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK NA,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
             CINCINNATI, OH 45201)
15875799    USAA Credit Card,    10750 McDermott Freeway,    San Antonio, TX 78288-0570
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15875795    +E-mail/Text: sdvorak@lakecountyil.gov Jul 08 2014 00:46:26     Lake County Treasurer,
             18 N. County Street, Rm 102,    Waukegan, Il 60085-4361
16258855    +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 08 2014 00:51:20
             PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15875798*  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    P.O.Box 790408,    St. Louis, MO 63179-0408)
                                                                           TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2014                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2014 at the address(es) listed below:

           Christopher M Brown   on behalf of Creditor   HSBC Mortgage Corporation (USA)  
            northerndistrict@atty-pierce.com, cbrown@atty-pierce.com  
           David L Freidberg   on behalf of Plaintiff   American Express Bank, FSB  
            dfreidberg@freidberglaw.com  
           E. Philip Groben   on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,  
            trotman@cohenandkrol.com;pmchugh@cohenandkrol.com  
           Joseph E Cohen   on behalf of Auctioneer   American Auction Associates Inc  
            jcohen@cohenandkrol.com,  
            jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com  
           Joseph E Cohen   jcohen@cohenandkrol.com,  
            jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com  
           Joseph E Cohen   on behalf of Attorney   Cohen & Krol jcohen@cohenandkrol.com,  
            jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com

```
District/off: 0752-1          User: mhenley              Page 2 of 2           Date Rcvd: Jul 07, 2014
                              Form ID: pdf006            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joseph E Cohen   on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
         jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com
        Maysoun B Iqal   on behalf of Creditor   Chase Bank USA, N.A. maysouniqal@yahoo.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

                                                                                         TOTAL: 9