UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
VLASKO, YELENA § Case No. 10-32269
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**)  PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**)  PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**)  GENERAL UNSECURED  CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

  4) This case was originally filed under chapter on . The case was pending for months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____ By:/s/JOSEPH E. COHEN_____
                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | HSBC Mortgage Corporation P. O. Box 9068 Brandon, FL 33509-9068 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| COHEN & KROL, ATTORNEYS FOR TRUSTEE | | | | | |
| JOSEPH E. COHEN | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lake County Treasurer 18 N. County Street, Rm 102 Waukegan, Il 60085 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 0001 Los Angeles, CA 90096-8000 | | | | | |
| | Bloomingdale's P.O Box 183083 Columbus, OH 43218-3083 | | | | | |
| | CHASE P.O.Box 15548 Willmington, DE 19886-5548 | | | | | |
| | CHASE P.O.Box 15548 Wilmington, DE 19886-5548 | | | | | |
| | Citi Cards Processing Center Des Moines, IA 50363-0000 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationwide Credit, Inc. 1150 East University Drive, 1st Floor Tempe, AZ 85281 | | | | | |
| | Neiman Marcus P.O Box 5235 Carol Stream, IL 60197-5235 | | | | | |
| | US Bank P.O.Box 790408 St. Louis, MO 63179-0408 | | | | | |
| | USAA Credit Card 10750 McDermott Freeway San Antonio, TX 78288-0570 | | | | | |
| 000002 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000001 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000003 | US BANK NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-32269 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | VLASKO, YELENA | | | Date Filed (f) or Converted (c): | 07/21/10 (f) |
| | | | | 341(a) Meeting Date: | 08/23/10 |
| For Period Ending: | 12/16/14 | | | Claims Bar Date: | 04/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residence - Condominium 435 Elm Street, Un | 135,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Cash on hand | 25.00 | 0.00 | | 0.00 | 0.00 |
| 3. Checking Account - Devon Bank Devon Bank 70 S. Wa | 399.00 | 0.00 | | 0.00 | 0.00 |
| 4. Misc HHG, no item over $400 435 Elm Street, Unit 4 | 500.00 | 0.00 | | 0.00 | 0.00 |
| 5. Assorted Women's Clothing 435 Elm Street, Unit 41 | 600.00 | 0.00 | | 0.00 | 0.00 |
| 6. 2006 Audi A4 - 66K Fair Condition 435 Elm Street, | 14,000.00 | 0.00 | | 8,000.00 | FA |
| 7. Hair Stylist Equipment: scissors, combs, clippers | 120.00 | 0.00 | | 0.00 | 0.00 |

TOTALS (Excluding Unknown Values)     $150,644.00     $0.00     $8,000.00     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO SELL DEBTOR'S AUDI CONVERTIBLE.  TRUSTEE IS FILING MOTION FOR TURNOVER OF VEHICLE.  TRUSTEE HAS OBTAINED A

OURDER FOR TURNOVER BUT THE DEBTOR HAS FAILED TO COMPLY.  TRUSTEE HAS FILED MOTION TO EMPLOY AUCTIONEER TO SELL VEHICLE

- January 15, 2014.  TRUSTEE'S TFR WAS FILED WITH THE COURT ON 7/3/14 - July 10, 2014.  TRUSTEE HAS MADE A DISTRIBUTION

AND SUBMITTING HIS TDR TO THE UST FOR REVIEW - December 16, 2014.

Initial Projected Date of Final Report (TFR): 04/30/12     Current Projected Date of Final Report (TFR): 04/30/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-32269 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | VLASKO, YELENA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5688 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8077 | | |
| For Period Ending: | 12/16/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/16/14 | 6 | AMERICAN AUCTION ASSOCIATES INC. | Sale of Vehicle | 1129-000 | 8,000.00 | | 8,000.00 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,990.00 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.73 | 7,979.27 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 11.59 | 7,967.68 |
| 04/10/14 | 300002 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses<br>Auctioneer Expenses | 3620-000 | | 570.76 | 7,396.92 |
| 08/04/14 | 300003 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees | | | 1,589.30 | 5,807.62 |
| | | | Fees             1,550.00 | 2100-000 | | | |
| | | | Expenses            39.30 | 2200-000 | | | |
| 08/04/14 | 300004 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 2,351.17 | 3,456.45 |
| 08/04/14 | 300005 | JOSEPH E. COHEN<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,175.58 | 2,280.87 |
| 08/04/14 | 300006 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000001, Payment 5.76254% | 7100-000 | | 632.91 | 1,647.96 |
| 08/04/14 | 300007 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001 | Claim 000002, Payment 5.76251%<br>(2-1) CREDIT CARD DEBT | 7100-000 | | 1,013.81 | 634.15 |

Page Subtotals     8,000.00     7,365.85

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 8)

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-32269 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | VLASKO, YELENA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5688 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8077 | | |
| For Period Ending: | 12/16/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/04/14 | 300008 | Malvern, PA 19355-0701<br>US BANK NA<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201 | Claim 000003, Payment 5.76244%<br>(3-1) 2506 | 7100-000 | | 634.15 | 0.00 |

```
                                                COLUMN TOTALS               8,000.00        8,000.00          0.00
                                    Less:  Bank Transfers/CD's                  0.00            0.00
                                                Subtotal                    8,000.00        8,000.00
                                    Less:  Payments to Debtors                                  0.00
                                                Net                         8,000.00        8,000.00
                                                                                              NET          ACCOUNT
                TOTAL - ALL ACCOUNTS                                     NET DEPOSITS    DISBURSEMENTS     BALANCE
                Checking Account (Non-Interest Earn - ********5688          8,000.00        8,000.00          0.00
                                                                        ----------------  ----------------  ----------------
                                                                            8,000.00        8,000.00          0.00
                                                                        ================  ================  ================
                                                                        (Excludes Account (Excludes Payments  Total Funds
                                                                             Transfers)    To Debtors)       On Hand
```

Page Subtotals                0.00          634.15

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*